Case 3:21-mj-01201-BGS   Document 1   Filed 04/01/21   PageID.1   Page 1 of 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Christian De Jesus MONTES,<br><br><br>    Defendant. | Magistrate Case No. __21-MJ-1201__<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about March 31, 2021 within the Southern District of California, Defendant Christian De Jesus MONTES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Celestino RUIZ-Garcia and Daniel LOPEZ-Santos had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of April 2021.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Celestino RUIZ-Garcia and Daniel LOPEZ-Santos are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and they should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 31, 2021 at approximately 8:29 P.M., Christian De Jesus MONTES (Defendant), a United States Citizen, applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry through the vehicle primary lanes. Defendant was the only visible occupant of a 2016 Nissan Versa bearing Baja California License plates. Upon inspection before United States Customs and Border Protection (CBP) Officer, Defendant stated he was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted a query on Defendant's name and received a computer-generated referral. Defendant was referred to secondary for further inspection.

In secondary, CBP Officers discovered two individuals concealed in the trunk of the vehicle. Defendant was removed from the vehicle and escorted to a secured office. The individuals were assisted out of the trunk and were later identified as Celestino RUIZ-Garcia and Daniel LOPEZ-Santos, determined to be citizens of Mexico with no legal documents to enter or reside in the United States. RUIZ-Garcia and LOPEZ-Santos are being held as Material Witnesses.

On March 31, 2021, at approximately 11:18 P.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant stated that he was hired by a female to smuggle currency from the United States into Mexico. Defendant stated he was told he would be taking $9,000.00 USD but believes it could be around $75,000.00 USD instead. Defendant stated he would be paid $1,800.00 USD to smuggle the currency. Defendant admitted he rented the vehicle he was driving for seven days for the purpose of bringing money into Mexico.

Material Witnesses stated they are citizens of Mexico with no legal documents to enter the United States. Material Witnesses stated the smuggling arrangements were made for them by someone else to be smuggled into the United States. Material Witnesses stated they were going to pay between $10,000.00 and $15,000.00 USD as the smuggling fee. Material Witnesses stated they were going to Los Angeles and San Jose, California.